NDFL Prob 35
(1/92)

Report and Order Terminating
Supervised Release
Prior to Original Expiration Date

## UNITED STATES DISTRICT COURT
### for the
### Northern District of Florida

UNITED STATES OF AMERICA

V

Docket No. 1:95CR30-001

ALPHONSO LORENZO JONES

On September 30, 2002 the above named was placed on Supervised Release for a period of five (5) years. Jones has completed four (4) years of Supervised Release and is no longer in need of Supervised Release. It is accordingly recommended that Alphonso Lorenzo Jones be discharged from Supervised Release.

Respectfully submitted,

*[signature]*
Edward A. Emery
Sr. U. S. Probation Officer

### ORDER OF THE COURT

Pursuant to the above report, it is ordered that the defendant is discharged from Supervised Release and that the proceedings in the case be terminated.

Date this __6TH__ day of __September__, 20__06__.

*[signature]*
Honorable Maurice M. Paul
Senior United States District Judge